OWEN P. MARTIKAN (CA Bar #177104)
owen.martikan@cfpb.gov
CHRISTINA S. COLL (CA Bar #250712)
christina.coll@cfpb.gov
LEANNE E. HARTMANN (CA Bar #264787)
leanne.hartmann@cfpb.gov
BARRY E. REIFERSON (NY Bar #4343893)
barry.reiferson@cfpb.gov
Admitted *pro hac vice*
CONSUMER FINANCIAL PROTECTION BUREAU
1700 G Street NW
Washington, DC 20552
Telephone: (415) 844-9790
Facsimile: (415) 844-9788

Attorneys for Plaintiff
Consumer Financial Protection Bureau

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CONSUMER FINANCIAL PROTECTION BUREAU,

Plaintiff,

v.

CASHCALL, INC., WS FUNDING, LLC, DELBERT SERVICES CORPORATION, and J. PAUL REDDAM,

Defendants.

CASE NO.: 2:15-cv-07522-JFW (RAOx)

**PLAINTIFF CONSUMER FINANCIAL PROTECTION BUREAU'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**

Date: August 1, 2016
Time: 1:30pm
Court: Hon. John F. Walter
Courtroom 16

PLEASE TAKE NOTICE that at the above-referenced date and time, in the Courtroom of the Hon. John F. Walter, United States District Judge, Central District of California, plaintiff Consumer Financial Protection Bureau will move under Fed. R. Civ. P. 56(a) for partial summary judgment on the liability component of all of its Consumer Financial Protection Act claims against each named defendant. The grounds for this motion are set forth in the Memorandum Of Points And Authorities filed herewith, the accompanying Statement Of Uncontroverted Facts And Conclusions Of Law, the accompanying declarations and exhibits, any additional papers to be filed with the Court, the arguments of the parties, and such other matters as the Court may consider.

DATED: June 30, 2016

Respectfully submitted,

/s/ Owen Martikan

Owen Martikan (CA Bar #177104)
*Attorney for Plaintiff*

Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Telephone: (415) 844-9790
Facsimile: (415) 844-9788
e-mail: owen.martikan@cfpb.gov