THOMAS J. NOLAN (State Bar No. 66992)
Thomas.Nolan@skadden.com
CAROLINE VAN NESS (State Bar No. 281675)
Caroline.VanNess@skadden.com
KASONNI M. SCALES (State Bar No. 301871)
Kasonni.Scales@skadden.com
JULIA M. NAHIGIAN (State Bar No. 307508)
Julia.Nahigian@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

JOSEPH L. BARLOON (Admitted *Pro Hac Vice*)
Joseph.Barloon@skadden.com
AUSTIN K. BROWN (Admitted *Pro Hac Vice*)
Austin.Brown@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-5760

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CONSUMER FINANCIAL PROTECTION BUREAU,

Plaintiff,

v.

CASHCALL, INC., WS FUNDING, LLC, DELBERT SERVICES CORPORATION, and J. PAUL REDDAM,

Defendants.

CASE NO.: 2:15-cv-07522-JFW (RAOx)

DEPOSITION TESTIMONY OF DELBERT MEEKS (JUNE 2, 2016) IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Hearing Date: August 1, 2016
Time: 1:30 p.m.
Place: Courtroom 16
Judge: Hon. John F. Walter

Pre-Trial Conf.: September 9, 2016
Trial: September 27, 2016

21:19 Q. Can you tell me who created Delbert
21:20 Services Corporation?
21:21 A. It was created -- it was owned by Paul
21:22 Reddam, and it was created by the executive team of
21:23 CashCall.
21:24 Q. Are you part of that executive team?
21:25 A. Yes.

46:8 Q. Do you know who establishes those
46:9 standards within CashCall?
46:10 A. The CashCall executive team.
46:11 Q. Who comprises the executive team?
46:12 A. Paul Reddam, myself, the head of
46:13 servicing, the head of underwriting, the head of
46:14 production, the head of risk, the head of
46:15 marketing, and the head of IT.

53:18 Were the CashCall's underwriting guidelines
53:19 the same for the loans that it would buy from Western
53:20 Sky? Asked another way, if I could, just so you
53:21 understand what I'm getting at: If, for example,
53:22 CashCall adjusted the minimum FICO score from 520 to
53:23 540, did that also mean that it would only purchase
53:24 loans from Western Sky that had the underwriting --
53:25 that had a -- for borrowers that had a FICO score of
54:1 540 as opposed to 520?
54:2 MR. BARLOON: Object to form, but you can

54:3 answer if you feel that you understand.
54:4 A. No, not necessarily.
54:5 BY MS. HARTMANN:
54:6 Q. Okay.
54:7 A. Changes to cash underwriting guidelines
54:8 did not necessarily necessitate a change to the
54:9 buying or the guidelines of Western Sky loans.

56:18 Q. Was there a certain period of time that
56:19 had to elapse before CashCall would buy a loan from
56:20 Western Sky?
56:21 A. There's a minimum of three days.

66:18 Q. Can you tell me about the improvements on
66:19 the data that can be reported on?
66:20 A. It's a continuous -- always a
66:21 continuous-improvement type of arrangement where
66:22 you are looking always to not only get better
66:23 information, but also be able to analyze it in a
66:24 more concise manner. So the system has the data,
66:25 and it's a matter of looking at new tools and new
67:1 ways of comparing that data and using that data to
67:2 better enable us to determine the borrower's
67:3 ability to repay, their willingness to repay, and
67:4 whether or not they are really what we would call a
67:5 first-payment default risk or a default risk.

DATED: July 11, 2016

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: *\/s/ Thomas J. Nolan*
Thomas J. Nolan
*Attorneys for Defendants*