THOMAS J. NOLAN (State Bar No. 66992)
Thomas.Nolan@skadden.com
CAROLINE VAN NESS (State Bar No. 281675)
Caroline.VanNess@skadden.com
KASONNI M. SCALES (State Bar No. 301871)
Kasonni.Scales@skadden.com
JULIA M. NAHIGIAN (State Bar No. 307508)
Julia.Nahigian@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

JOSEPH L. BARLOON (Admitted *Pro Hac Vice*)
Joseph.Barloon@skadden.com
AUSTIN K. BROWN (Admitted *Pro Hac Vice*)
Austin.Brown@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-5760

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Plaintiff,<br><br>v.<br><br>CASHCALL, INC., WS FUNDING, LLC, DELBERT SERVICES CORPORATION, and J. PAUL REDDAM,<br><br>Defendants. | CASE NO.: 2:15-cv-07522-JFW (RAOx)<br><br>DEPOSITION TESTIMONY OF J. PAUL REDDAM (JUNE 1, 2016) IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLANTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>Hearing Date: August 1, 2016<br>Time: 1:30 p.m.<br>Place: Courtroom 16<br>Judge: Hon. John F. Walter<br><br>Pre-Trial Conf.: September 9, 2016<br>Trial: September 27, 2016 |

11:1 Q. Okay. Have you prepared your resume?
11:2 MR. NOLAN: At any time?
11:3 MR. MARTIKAN: Ever.
11:4 Q. Since --- since 2000, let's put it that
11:5 way.
11:6 A. I don't think I've personally prepared it,
11:7 no.
11:8 Q. Okay. Do you remember ever submitting
11:9 your resume to a state banking department for any
11:10 reason?
11:11 A. I don't remember doing so, no.

35:23 Q. Well, I'm not -- I assume CashCall is
35:24 hiring Kovel/Fuller; right?
35:25 A. Correct.
36:1 Q. So the check that gets cut and pays for
36:2 Kovel/Fuller says "CashCall." It's from the
36:3 CashCall account; correct?
36:4 A. Yes.
36:5 Q. And -- but as president -- you are
36:6 president of CashCall; right?
36:7 A. Yes.

67:21 Q. Okay. And do you know if that's Butch
67:22 Webb's company?
67:23 A. Yes.
67:24 Q. Okay. So are you aware that -- whether WS
67:25 Funding entered into an assignment agreement to

68:1 purchase loans from Western Sky Financial?
68:2 A. Well --
68:3 MR. NOLAN: Same objection. Lack of
68:4 foundation. Best evidence is the documents
68:5 themselves.
68:6 You can answer the question, if you know.
68:7 A. I don't know, and because I wasn't the one
68:8 who designed the mechanics of -- of these loan
68:9 purchases. But CashCall or a subsidiary, WS
68:10 Funding, I suppose, would have purchased loans from
68:11 Western Sky, but I don't know, you know, how they
68:12 followed along the purchase timeline that way.

88:20 Q. Agreed with. Do you know if CashCall ever
88:21 agreed to advertise on Western Sky Financial's
88:22 behalf?
88:23 A. It -- I think the characterization would
88:24 be, did it ever help Western Sky with its
88:25 advertising. And the answer to that would be yes.
89:1 Q. How did CashCall help Western Sky
89:2 Financial with its advertising?
89:3 A. Well, our -- the advertising agency that
89:4 CashCall used, Kovel/Fuller, prepared advertising,
89:5 specifically -- or more specifically, television
89:6 cable advertising, that it went back and forth with
89:7 Butch Webb on, the look and feel of it, and so on.
89:8 And sometimes I would have described to
89:9 Kovel/Fuller the general purpose of -- of why

89:10 borrowers would borrow this kind of money. So
89:11 they -- they would take ideas that I would give --
89:12 would give them, turn those into prospect ads, and
89:13 then go back and forth with, you know, Western Sky.

128:19 Q. Did Dan Baren report to you periodically
128:20 on the status of the litigation involving the
128:21 Western Sky loans?
128:22 A. He discussed it quite a bit, yes.
128:23 Q. By "quite a bit," how often?
128:24 A. Well, I think for a time it would have
128:25 been pretty much daily. He was quite distraught
129:1 about it all.
129:2 Q. Okay. And when it was daily, what time
129:3 frame are we talking about?
129:4 A. I mean, I can't say for sure that it was
129:5 daily. It was just -- what I mean by that, it was
129:6 a frequent topic.

DATED: July 11, 2016

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: *_/s/ Thomas J. Nolan_*
Thomas J. Nolan
*Attorneys for Defendants*