OWEN P. MARTIKAN (CA Bar #177104)
owen.martikan@cfpb.gov
CHRISTINA S. COLL (CA Bar #250712)
christina.coll@cfpb.gov
LEANNE E. HARTMANN (CA Bar #264787)
leanne.hartmann@cfpb.gov
BARRY E. REIFERSON (NY Bar #4343893)
barry.reiferson@cfpb.gov
Admitted pro hac vice
CONSUMER FINANCIAL PROTECTION BUREAU
1700 G Street NW
Washington, DC 20552
Telephone: (415) 844-9790
Facsimile: (415) 844-9788

Attorneys for Plaintiff
Consumer Financial Protection Bureau

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CONSUMER FINANCIAL PROTECTION BUREAU,

Plaintiff,

v.

CASHCALL, INC., WS FUNDING, LLC, DELBERT SERVICES CORPORATION, and J. PAUL REDDAM,

Defendants.

CASE NO.: 2:15-cv-07522-JFW (RAOx)

**PLAINTIFF'S EXCERPTED DEPOSITION TESTIMONY OF DELBERT MEEKS SUPPORTING COMBINED STATEMENT OF FACTS AND REPLY TO MOTION FOR PARTIAL SUMMARY JUDGMENT**

Date: August 1, 2016
Time: 1:30pm
Court: Hon. John F. Walter
Courtroom 16

**EXCERPTED DEPOSITION TESTIMONY OF DELBERT MEEKS**

24:2-22

2 **Q. Okay. Do you know why it was formed?**
3 A. To purchase the loans from Western Sky.
4 **Q. Okay. And other than purchasing the loans**
5 **from Western Sky, did WS Funding have any other**
6 **business?**
7 A. No.
8 **Q. Did that role ever change over time?**
9 A. No.
10 **Q. Does WS Funding still exist?**
11 A. I don't know. I don't know if legally it
12 still exists, but there is no activity.
13 **Q. As CFO of CashCall, did you perform the**
14 **accounting for WS Funding?**
15 A. There was no accounting for WS Funding.
16 It was purchased loans. Then CashCall purchased
17 the loans. It was an in-and-out transaction.
18 There were no books.
19 **Q. So does it mean that there are no expenses**
20 **that would be attributable to WS Funding as opposed**
21 **to CashCall, first of all?**
22 A. Yes.

103:13-19

13 **Q. At the point of default, that's -- can you**
14 **explain what you mean by default on a loan?**

A. If a borrower currently is delinquent more than 120 days, the loan reaches default status, which means it's a full charge and hit to CashCall's P&L for any principal interest in fees that are due.

DATED: July 18, 2016

Respectfully submitted,

/s/ Owen Martikan

Owen Martikan (CA Bar #177104)
*Attorney for Plaintiff*

Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Telephone: (415) 844-9790
Facsimile: (415) 844-9788
e-mail: owen.martikan@cfpb.gov