OWEN P. MARTIKAN (CA Bar #177104)
owen.martikan@cfpb.gov
CHRISTINA S. COLL (CA Bar #250712)
christina.coll@cfpb.gov
LEANNE E. HARTMANN (CA Bar #264787)
leanne.hartmann@cfpb.gov
BARRY E. REIFERSON (NY Bar #4343893)
barry.reiferson@cfpb.gov
Admitted pro hac vice
CONSUMER FINANCIAL PROTECTION BUREAU
1700 G Street NW
Washington, DC 20552
Telephone: (415) 844-9790
Facsimile: (415) 844-9788

Attorneys for Plaintiff
Consumer Financial Protection Bureau

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br>Plaintiff,<br>v.<br>CASHCALL, INC., WS FUNDING, LLC, DELBERT SERVICES CORPORATION, and J. PAUL REDDAM,<br>Defendants. | CASE NO.: 2:15-cv-07522-JFW (RAOx)<br><br>**PLAINTIFF'S EXCERPTED DEPOSITION TESTIMONY OF MARTIN A. WEBB SUPPORTING COMBINED STATEMENT FILED WITH REPLY TO MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: August 1, 2016<br>Time: 1:30pm<br>Court: Hon. John F. Walter<br>Courtroom 16 |

**EXCERPTED DEPOSITION TESTIMONY OF MARTIN A. WEBB**

100:9-21

9 **Q. What was the most common reason for loan**
10 **applications getting denied?**
11 A. Income -- no, that wouldn't have been it. It
12 was a combination. I don't know if you could take one
13 out specifically, because generally when you have one
14 reason, it's combined with ten others, because income
15 usually falls length of employment or length of
16 residency or age.
17 I can tell you, though, the reason most people
18 get a payday loan or installment loan: It's
19 convenience. That's probably something you never heard
20 before, but...
21 **Q. Nope, I have not.**

DATED: July 18, 2016

Respectfully submitted,

/s/ Owen Martikan

Owen Martikan (CA Bar #177104)
*Attorney for Plaintiff*

Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Telephone: (415) 844-9790
Facsimile: (415) 844-9788
e-mail: owen.martikan@cfpb.gov