THOMAS J. NOLAN (State Bar No. 66992)
Thomas.Nolan@skadden.com
CAROLINE VAN NESS (State Bar No. 281675)
Caroline.VanNess@skadden.com
KASONNI M. SCALES (State Bar No. 301871)
Kasonni.Scales@skadden.com
JULIA M. NAHIGIAN (State Bar No. 307508)
Julia.Nahigian@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

JOSEPH L. BARLOON (Admitted *Pro Hac Vice*)
Joseph.Barloon@skadden.com
AUSTIN K. BROWN (Admitted *Pro Hac Vice*)
Austin.Brown@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-5760

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Plaintiff,<br><br>v.<br><br>CASHCALL, INC., WS FUNDING, LLC, DELBERT SERVICES CORPORATION, and J. PAUL REDDAM,<br><br>Defendants. | CASE NO.: 2:15-cv-07522-JFW (RAOx)<br><br>DEPOSITION TESTIMONY OF J. PAUL REDDAM (JUNE 1, 2016) IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OT THEIR MOTION SUMMARY JUDGMENT<br><br>Hearing Date: August 1, 2016<br>Time: 1:30 p.m.<br>Place: Courtroom 16<br>Judge: Hon. John F. Walter<br><br>Pre-Trial Conf.: September 9, 2016<br>Trial: September 27, 2016 |

11:4 Q. Since --- since 2000, let's put it that
11:5 way.
11:6 A. I don't think I've personally prepared it,
11:7 no.
11:8 Q. Okay. Do you remember ever submitting
11:9 your resume to a state banking department for any
11:10 reason?
11:11 A. I don't remember doing so, no.
11:12 Q. All right. Do you remember -- well, let's
11:13 -- let's just go through -- what's on this
11:14 document. Looking at the first page -- well, first
11:15 of all, is that your name and either current or
11:16 former address up there?
11:17 A. Yes.
11:18 Q. Okay. Under experience, is that an
11:19 accurate, reflect your academic experience?
11:20 MR. NOLAN: So now you're referring to
11:21 what follows under category entitled "Education"?
11:22 MR. MARTIKAN: I am.
11:23 A. Okay. Yes.

27:3 Q. The next sentence says, "All of the
27:4 company's department heads report directly to
27:5 Mr. Reddam." Is that a true statement?
27:6 A. What time frame are you asking about?
27:7 Q. Is it a true statement now?
27:8 A. No.

27:9 Q. Is it a -- was it a true statement in
27:10 2009?
27:11 A. No, I don't think so, in the sense that
27:12 there were people reporting to people who reported
27:13 to me, so –

30:3 Q. Let me go to the next sentence of this
30:4 biography. It states, "He is responsible for
30:5 devising and implementing all major company
30:6 policies, including its various loan programs and
30:7 interest rates." Is that a true statement with
30:8 respect to you?
30:9 A. This is what -- what period of time?
30:10 Q. Is it true now?
30:11 A. No.
30:12 Q. Was it true in 2009?
30:13 A. The -- I would say I had an active hand in
30:14 major company policies, but I would say it's an
30:15 exaggeration to say that I devised and implemented
30:16 all -- all policies. For example, human resources
30:17 dealt with -- some combination of Del and Dan would
30:18 devise those policies.

58:14 Q. And by "regulatory risk," you mean the
58:15 risk that some federal or state regulator would
58:16 find what you were doing violated some law and try

58:17 to shut it down. Is that what you mean?
58:18 A. Or extract some penalty or something, yes.

67:13 Q. Do you know who they were purchased from?
67:14 A. WS Funding?
67:15 Q. Who WS Funding purchased the loans from?
67:16 Do you know?
67:17 A. No. I -- I have a belief, but I --
67:18 Q. Have you ever heard of a company called
67:19 Western Sky Financial?
67:20 A. Yes.
67:21 Q. Okay. And do you know if that's Butch
67:22 Webb's company?
67:23 A. Yes.
67:24 Q. Okay. So are you aware that -- whether WS
67:25 Funding entered into an assignment agreement to
68:1 purchase loans from Western Sky Financial?
68:2 A. Well --
68:3 MR. NOLAN: Same objection. Lack of
68:4 foundation. Best evidence is the documents
68:5 themselves.
68:6 You can answer the question, if you know.
68:7 A. I don't know, and because I wasn't the one
68:8 who designed the mechanics of -- of these loan
68:9 purchases. But CashCall or a subsidiary, WS
68:10 Funding, I suppose, would have purchased loans from
68:11 Western Sky, but I don't know, you know, how they

68:12 followed along the purchase timeline that way.

DATED: July 18, 2016

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: *_/s/ Thomas J. Nolan_*
Thomas J. Nolan
*Attorneys for Defendants*