THOMAS J. NOLAN (State Bar No. 66992)
Thomas.Nolan@skadden.com
CAROLINE VAN NESS (State Bar No. 281675)
Caroline.VanNess@skadden.com
KASONNI M. SCALES (State Bar No. 301871)
Kasonni.Scales@skadden.com
JULIA M. NAHIGIAN (State Bar No. 307508)
Julia.Nahigian@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

JOSEPH L. BARLOON (Admitted *Pro Hac Vice*)
Joseph.Barloon@skadden.com
AUSTIN K. BROWN (Admitted *Pro Hac Vice*)
Austin.Brown@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-5760

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Plaintiff,<br><br>v.<br><br>CASHCALL, INC., WS FUNDING, LLC, DELBERT SERVICES CORPORATION, and J. PAUL REDDAM,<br><br>Defendants. | CASE NO.: 2:15-cv-07522-JFW (RAOx)<br><br>DEPOSITION TESTIMONY OF DELBERT MEEKS (JUNE 2, 2016) IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT<br><br>Hearing Date: August 1, 2016<br>Time: 1:30 p.m.<br>Place: Courtroom 16<br>Judge: Hon. John F. Walter<br><br>Pre-Trial Conf.: September 9, 2016<br>Trial: September 27, 2016 |

41:15 Q. Who directed the advertising at CashCall?
41:16 A. Paul Reddam.

46:11 Q. Who comprises the executive team?
46:12 A. Paul Reddam, myself, the head of
46:13 servicing, the head of underwriting, the head of
46:14 production, the head of risk, the head of
46:15 marketing, and the head of IT.

74:18 A. Approximately two years ago.
74:19 Q. At some point, did the charge-off -- the
74:20 date at which a loan was charged off for CashCall
74:21 financial purposes change?
74:22 A. Yes.
74:23 Q. What was that change?
74:24 A. We originally were, in the very beginning,
74:25 at 90 days. We moved it to 120, and then we moved
75:1 it to 150. It's back to 120.
75:2 Q. Do you know approximately when those
75:3 changes were made?
75:4 A. I don't recall.
75:5 Q. Do you know why those changes were made?
75:6 A. Basically, trying to collect and increase
75:7 the collection rates based on the time to work or
75:8 modify or work with the borrower. But based on the
75:9 roll rates, that wasn't successful, and we went
75:10 back to 120.
75:11 Q. Okay. Who made that decision?

75:12 A. The executive team.

DATED: July 18, 2016

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: */s/ Thomas J. Nolan*

Thomas J. Nolan

*Attorneys for Defendants*