**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No. **CV 15-7522-JFW (RAOx)** Date: July 22, 2016

Title: Consumer Financial Protection Bureau *-v-* CashCall, Inc., et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly**<br>**Courtroom Deputy** | **None Present**<br>**Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:**<br>None | **ATTORNEYS PRESENT FOR DEFENDANTS:**<br>None |

**PROCEEDINGS (IN CHAMBERS):** **ORDER CONTINUING HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

The Court, on its own motion, **CONTINUES** the hearing on Defendants' Motion for Summary Judgment [Docket No. 139], and Plaintiff Consumer Financial Protection Bureau's Motion for Partial Summary Judgment [Docket No. 144], currently scheduled for August 1, 2016 at 1:30 p.m., to **August 15, 2016 at 1:30 p.m.**

IT IS SO ORDERED.



Initials of Deputy Clerk sr