UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | **CV 15-7522-JFW (RAOx)** | Date | October 18, 2017 |
| Title: | Consumer Financial Protection Bureau -v- CashCall, Inc., et al. | | |

Present: The Honorable    JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri (a.m.) |
| | Myra Ponce (p.m.) |
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Owen P. Martikan | Thomas J. Nolan |
| Leanne E. Hartmann | Caroline Van Ness |
| Christina Stuart Coll | Joseph L. Barloon |
| | Allen L. Lanstra |
| | Julia M Nahigian |
| | Kasonni M. Scales |

x   Day 2 Court Trial

x   Witness called, sworn and testifed

x   Exhibits identified and admitted

x   Plaintiff rests

x   Defense rests

x   Post Trial Findings of Fact and Conclusions of Law and Post Trial Briefs shall be filed in accordance with the schedule set by the Court

x   Other:    Matter will be deemed submitted upon completion of all post trial filings

6 hours<br>
Initials: sr