# LIST OF EXHIBITS AND WITNESSES

**FILED**
CLERK, U.S. DISTRICT COURT

10/25/17

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ sr _____ DEPUTY

| | |
|---|---|
| **Judge** | **JOHN F. WALTER** |
| **Case Number** | **CV 15-7522-JFW (RAOx)** |
| **Title** | Consumer Financial Protection Bureau -*v*- CashCall, Inc., et al. |
| **Dates of Trial** | October 17, 2017. October 18, 2017 |
| **Court Reporter(s)** | Miranda Algorri, Myra Ponce |
| **Deputy Clerk(s)** | Shannon Reilly |

| Attorneys for Plaintiff(s) | Attorneys for Defendant(s) |
|---|---|
| Owen P. Martikan | Thomas J. Nolan |
| Leanne E. Hartmann | Caroline Van Ness |
| Christina Stuart Coll | Joseph L. Barloon |
| | Allen L. Lanstra |
| | Julia M Nahigian |
| | Kasonni M. Scales |

| WITNESS LIST | Called By |
|---|---|
| **October 17, 2017** | |
| Daniel Baren | Plaintiff/Defendant |
| | |
| **October 18, 2017** | |
| Delbert Meeks | Plaintiff/Defendant |
| J. Paul Reddam | Plaintiff/Defendant |
| Ryan Thomas | Plaintiff |
| | |
| | |
| | |
| **JOINT EXHIBIT LIST** | |
| See attached | |
| | |
| | |
| | |

G-65

**Trial Exhibit List: LA CV 15-7522 JFW (RAOx) CFPB v. CashCall, Inc. et. al.**

| TX | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| A | Witness Trial Declaration of Daniel Barren dated September 19, 2017 | 10/17/17 | 10/17/17 |
| B | Witness Trial Declaration of Delbert O. Meeks dated September 19, 2017 | 10/18/17 | 10/18/17 |
| C | Witness Trial Declaration of J. Paul Reddam dated September 19, 2017 | 10/18/17 | 10/18/17 |
| D | Witness Trial Declaration of Ryan Thomas dated September 19, 2017 | 10/18/17 | 10/18/17 |
| 4 | Agreement for Services, January 9, 2010 | 10/17/17 | 10/17/17 |
| 16 | Email attaching Opinion of Counsel letter from Katten Muchin, addressed to BasePoint Specialty Finance, LLC dated July 1, 2011 [CC-017826929 - CC-017826951] | 10/17/17 | 10/17/17 |
| 18 | Email attaching Opinion of Counsel letter from Katten Muchin, addressed to Centurion Credit Resources, LLC dated June 23, 2010 [CC-017827824 - CC-017827825; CC-017827862 - CC-017827881] | 10/17/17 | 10/17/17 |
| 28 | Cheyenne River Sioux Tribe Business Licenses for Western Sky Financial, LLC dated May 13, 2009 | 10/17/17 | 10/17/17 |
| 32 | Western Sky Consumer Loan Agreement Dated 2/13/2010 | | |

Trial Exhibit List: LA CV 15-7522 JFW (RAOx) CFPB v. CashCall, Inc. et. al.

| | | | |
|---|---|---|---|
| 41 | Western Sky Loan Agreements [ZYW-000315 - ZYW-000383] | | |
| 202 | Katten Muchin letter, November 16, 2010 [MSJ 24] [CC-017851135; CC-017851146 - CC-017851168] | | |
| 204 | Bogue email to Baren, September 15, 2009 [MSJ 29] [CC-017867108 - CC-017867109] | 10/17/17 | 10/18/17 |
| 206 | Baren Declaration [MSJ 52]* | | |
| 207a | Deposition Transcript of Daniel Baren, June 14, 2016* | | |
| 207b | Video of Deposition Transcript of Daniel Baren, June 14, 2016* | | |
| 208a | Deposition Transcript of Daniel Baren 30(b)(6), June 14, 2016* | | |
| 208b | Video of Deposition Transcript of Daniel Baren 30(b)(6), June 14, 2016* | | |
| 209 | Deposition Transcript of Delbert Meeks, June 2, 2016* | | |

Trial Exhibit List: LA CV 15-7522 JFW (RAOx) CFPB v. CashCall, Inc. et. al.

| | | | |
|---|---|---|---|
| 210 | Deposition Transcript of Delbert Meeks, 30(b)(6), June 14, 2016* | | |
| 211a | Deposition Transcript of J. Paul Reddam, June 1, 2016* | | |
| 211b | Video of Deposition of J. Paul Reddam, June 1, 2016* | | |
| 216a | CashCall Inc.'s Supplemental Responses and Objections to Plaintiff's First Set of Interrogatories to Defendant CashCall, Inc. dated June 27, 2016 | | |
| 216b | CashCall Inc's Interrogatory Response Exhibit A | 10/18/17 | 10/18/17 |
| 216c | Verification of CashCall Inc.'s Supplemental Responses and Objections to Plaintiff's First Set of Interrogatories to Defendant CashCall, Inc. dated August 3, 2016 | | |
| 217a | Delbert Services Corporation's Supplemental Responses and Objections to Plaintiff's First Set of Interrogatories to Defendant Delbert Services Corporation dated June 27, 2016 | 10/18/17 | 10/18/17 |
| 217b | Delbert Services Corporation's Interrogatory Response Exhibit A | 10/18/17 | 10/18/17 |
| 217c | Verification of Delbert Services Corporation's Supplemental Responses and Objections to Plaintiff's First Set of Interrogatories to Defendant Delbert Services Corporation dated July 29, 2016 | 10/18/17 | 10/18/17 |

Trial Exhibit List: LA CV 15-7522 JFW (RAOx) CFPB v. CashCall, Inc. et. al.

| | | | |
|---|---|---|---|
| 218a | WS Funding, LLC's Supplemental Responses and Objections to Plaintiff's First Set of Interrogatories to Defendant WS Funding, LLC date June 27, 2016 | | |
| 218b | WS Funding, LLC's Interrogatory Response Exhibit A | 10/18/17 | 10/18/17 |
| 218c | WS Funding, LLC's Interrogatory Response Exhibit B | 10/18/17 | 10/18/17 |
| 218d | Verification of WS Funding, LLC's Supplemental Responses and Objections to Plaintiff's First Set of Interrogatories to Defendant WS Funding, LLC dated August 3, 2016 | | |
| 218e | WS Funding, LLC's Interrogatory Response Exhibit D | 10/18/17 | 10/18/17 |
| 219 | Summary of data in CashCall Interrogatory Response Exhibit A and WS Funding Interrogatory Response Exhibit A and B [CFPB-0454955 – CFPB-0454955] | 10/18/17 | 10/18/17 |
| 219a | Summary of Subject Loan Totals and Totals of Sold-off Loans, by State [CFPB-0454971 – CFPB-0454972] | 10/18/17 | 10/18/17 |
| 219b | Summary of Subject Loan Totals – Arizona [CFPB-0454957 – CFPB-0454957] | 10/18/17 | 10/18/17 |
| 219c | Summary of Subject Loan Totals – Arkansas [CFPB-0454958 – CFPB-0454958] | 10/18/17 | 10/18/17 |

Trial Exhibit List: LA CV 15-7522 JFW (RAOx) CFPB v. CashCall, Inc. et. al.

| 219d | Summary of Subject Loan Totals - Illinois [CFPB-0454959 - CFPB-0454959] | 10/18/17 | 10/18/17 |
|------|-----------------------------------------------------------------------------|----------|----------|
| 219e | Summary of Subject Loan Totals - Indiana [CFPB-0454960 - CFPB-0454960] | 10/18/17 | 10/18/17 |
| 219f | Summary of Subject Loan Totals - Kentucky [CFPB-0454961 - CFPB-0454961] | 10/18/17 | 10/18/17 |
| 219g | Summary of Subject Loan Totals - Massachusetts [CFPB-0454962 - CFPB-0454962] | 10/18/17 | 10/18/17 |
| 219h | Summary of Subject Loan Totals - Minnesota [CFPB-0454963 - CFPB-0454963] | 10/18/17 | 10/18/17 |
| 219i | Summary of Subject Loan Totals - Montana [CFPB-0454964 - CFPB-0454964] | 10/18/17 | 10/18/17 |
| 219j | Summary of Subject Loan Totals - New Hampshire [CFPB-0454965 - CFPB-0454965] | 10/18/17 | 10/18/17 |
| 219k | Summary of Subject Loan Totals - New Jersey [CFPB-0454966 - CFPB-0454966] | 10/18/17 | 10/18/17 |
| 219l | Summary of Subject Loan Totals - New York [CFPB-0454967 - CFPB-0454967] | 10/18/17 | 10/18/17 |

Trial Exhibit List: LA CV 15-7522 JFW (RAOx) CFPB v. CashCall, Inc. et. al.

| 219m | Summary of Subject Loan Totals - North Carolina [CFPB-0454968 - CFPB-0454968] | 10/18/17 | 10/18/17 |
|---|---|---|---|
| 219n | Summary of Subject Loan Totals - Ohio [CFPB-0454969 - CFPB-0454969] | 10/18/17 | 10/18/17 |
| 219o | Summary of Subject Loan Totals (all Subject States) [CFPB-0454970 - CFPB-0454970] | 10/18/17 | 10/18/17 |
| 224 | CashCall Presentation to Varde Investment Partners, January 28, 2011 [CC-017828233 - CC-017828283] | | |
| 263 | CashCall PowerPoint Presentation [CC-017964002; CC-017829413 - CC-017829461] | | |
| 265 | Delbert Services Corporation Financial Statements, December 31, 2012 and 2011 [CC-017851276 - CC-017851287] | 10/18/17 | 10/18/17 |
| 266 | John Reddam's Form W-2 Wage and Tax Statement 2015 [CC-017923208 - CC-017923209] | | |
| 267 | CashCall Inc. Consolidated Financial Statements and Supplementary Information December 31, 2009 [CC-017945526; CC-017945552 - CC-017945583] | 10/18/17 | 10/18/17 |
| 268 | CashCall, Inc. Consolidated Financial Statements December 31, 2010 and 2009 [CC-017946237 - CC-017946265] | 10/18/17 | 10/18/17 |

Trial Exhibit List: LA CV 15-7522 JFW (RAOx) CFPB v. CashCall, Inc. et. al.

| 269 | CashCall, Inc. Consolidated Financial Statements December 31, 2011 and 2010 [CC-017945445 - CC-017945469] | 10/18/17 | 10/18/17 |
|-----|-----|-----|-----|
| 270 | CashCall, Inc. Financial Statements, December 31, 2012 and 2011 [CC-017964006; CC-017923761 - CC-017923789] | 10/18/17 | 10/18/17 |
| 271 | Squar Milner Certified Public Accountants and Financial Advisors, CashCall, Inc. Consolidated Financial Statements December 31, 2013 and 2012 [CC-017927442 - CC-017927473] | 10/18/17 | 10/18/17 |
| 272 | Squar Milner Certified Public Accountants and Financial Advisors, CashCall, Inc. Consolidated Financial Statements December 31, 2014 and 2013 [CC-017927374 - CC-017927406] | 10/18/17 | 10/18/17 |
| 273 | Squar Milner Certified Public Accountants and Financial Advisors, CashCall, Inc. Consolidated Financial Statements December 31, 2015 [CC-017927407 - CC-017927429] | 10/18/17 | 10/18/17 |
| 281 | August 28, 2012 email from D. Baren to M. Conley, subject: FW:; attachment: OP-08-28.pdf [CC-017841458 - CC-017841463] | | |
| 292 | CashCall, Inc. Regulatory Disclosure Summary [CC-017834605 - CC-017834613] | | |
| 293 | CashCall Litigation and Regulatory Actions (as of June 30, 2013) [CC-017868390 - CC-017868400] | | |
| 294 | May 25, 2012 email from D. Baren to P. Reddam, subject: FW: CASHCALL LITIGATION REGULATORY 5.25; attachment: CASHCALL LITIGATION REGULATORY 5.25.docx [CC-017868420 - CC-017868425] | 10/18/17 | 10/18/17 |

Trial Exhibit List: LA CV 15-7522 JFW (RAOx) CFPB v. CashCall, Inc. et. al.

| 300 | December 10, 2010 email from Elissa Chavez [CC-017834512 - CC-017834513] | 10/17/17 | 10/18/17 |
|---|---|---|---|
| 311 | State of New Hampshire, Banking Department, Order to Cease and Desist dated June 5, 2013 [CC-017834595 - CC-017834604] | 10/18/17 | 10/18/17 |
| 314 | Minnesota Department of Commerce letter to CashCall, Inc., August 16, 2011 [CC-017863841 - CC-017863841] | 10/18/17 | 10/18/17 |
| 315 | August 13, 2013 email from Dan Baren to Paul Reddam [CC-017833550 - CC-017833550] | 10/18/17 | 10/18/17 |
| 317 | July 25, 2012 email from Dan Baren [CC-017841530 - CC-017841533] | | |
| 327 | November 29, 2012 email from Dan Baren [CC-017833813 - CC-017833814] | | |
| 338 | January 6, 2017 Letter to Brinda Worrell* [CFPB-0454739 - CFPB-0454740] | | |
| 341 | October 14, 2013 email from Dan Baren to Cheryl Bogue, subject FW: FW: Sent on behalf of Claudia Callaway/ PRIVILEGED AND CONFIDENTIAL; attachment: October 11, 2013 letter from Claudia Calloway, Katten, Re: Clarification of Certain Represnations of Fact in Western Sky Matters [icationofCertainRepresentationsofFactinWesternSkyMatters.PDF] [CC-017946779 - CC-017946787] | 10/17/17 | 10/18/17 |
| 343 | September 17, 2013 email from C. Callaway, subject: Representation Status [CC-017946803 - CC-017946803] | 10/17/17 | 10/18/17 |

Trial Exhibit List: LA CV 15-7522 JFW (RAOx) CFPB v. CashCall, Inc. et. al.

| 344 | September 18, 2013 email from D. Baren to C. Bogue, subject: Fwd: Privileged [CC-017946804 - CC-017946806] | | |
|---|---|---|---|
| 345 | September 17, 2013 email from D. Baren to P. Reddam, subject: FW: Privileged [CC-017946807 - CC-017946809] | 10/18/17 | 10/18/17 |
| 346 | September 17, 2013 email from D. Baren to C. Bogue, subject: FW: Privileged, attachment: 619-13-CashCall - Conn DOB-Hearing.pdf [CC-017946816 - CC-017947030] | | |
| 347 | September 17, 2013 email from D. Baren to C. Bogue, subject: Fwd: PRIVILEGED [CC-017947034 - CC-017947035] | | |
| 348 | September 17, 2013 email from D. Baren, subject: FW: Privileged, attachment: 6-19-13CashCall - Conn DOB-Hearing.pdf [CC-017947251 - CC-017947253] | 10/17/17 | 10/18/17 |
| 349 | September 16, 2013 email from D. Baren to Dave Wiechert, subject: RE: Privileged [CC-017947713 - CC-017947714] | 10/17/17 | 10/18/17 |
| 350 | April 5, 2013, CashCall demand letter from Vermont AG to Reddam [CC-017947902 - CC-017947908] | 10/18/17 | 10/18/17 |
| 351 | September 3, 2013 email from David Wiechert to D. Baren, subject: Re: PRIVILEGED [CC-017948549 - CC-017948550] | 10/17/17 | 10/18/17 |
| 352 | August 31, 2013, CashCall Litigation and Regulatory Actions [CC-017948555 - CC-017948566] | | |

Trial Exhibit List: LA CV 15-7522 JFW (RAOx) CFPB v. CashCall, Inc. et. al.

| | | | |
|---|---|---|---|
| 353 | Facsimile from Katten to D. Wiechert: Email Produced by Ballard Spahr to FTC [CC-017948569 - CC-017948586] | 10/17/17 | 10/18/17 |
| 354 | August 30, 2013 email from D. Baren to GColton, subject: FW: Draft White Paper; attachment: 41842878_1.doc$.doc [Enforcement of Consensual Contracts Entered Into Between Tribe Members and Non-Tribe Members] [CC-017948592 - CC-017948597] | | |
| 355 | August 30, 2013 email from D. Baren to G.Colton, subject: FW: Opinions; attachments: C2774_EXCHANGE_01312013-132558.pdf, C2774_EXCHANGE_01312013-132829.pdf [CC-017948598 - CC-017948698] | | |
| 356 | August 26, 2013 email from D. Baren to C. Callaway, subject: RE: PRIVILEGED [CC-017948825 - CC-017948825] | 10/17/17 | 10/18/17 |
| 357 | August 22, 2013 email from C. Callaway to D. Baren, subject: Privileged; attachment: CANON-C391_EXCHANGE_08222013-215055.pdf [August 21, 2013, Case Status & Strategy] [CC-017948827 - CC-017948842] | 10/17/17 | 10/18/17 |
| 358 | July 30, 2013 6:11:38 PM email from D. Baren to D. Wiechert, subject: Re: Privileged and Confidential.msg [CC-017949409 - CC-017949410] | | |
| 359 | July 30, 2013 5:44:51 PM email from D. Baren to D. Wiechert, subject: RE: Privileged and Confidential [CC-017949413 - CC-017949414] | 10/17/17 | 10/18/17 |
| 360 | July 30, 2013 email from D. Wiechert to Dan Baren, subject: Privileged and Confidential, attachments: ReddamCashCallEricBermanPCv.CityofNewYork09cv3017 [CC-017949416 - CC-017949495] | 10/17/17 | 10/17/17 |
| 361 | July 26, 2013 email from D. Baren to J. Gilden, subject: FW: CRST UCC provisions, attachments CRST UCC disclaimer resolution pg 1-4 [CC-017949497 - CC-017949501] | | |

**Trial Exhibit List: LA CV 15-7522 JFW (RAOx) CFPB v. CashCall, Inc. et. al.**

| 363 | FTC v Payday Financial, Opinion and Order Denying Defendants' Motion for Partial Summary Judgment, March 28, 2013, US District Court of South Dakota [CC-017964000 - CC-017964001; CC-017951143 - CC-017951170] | 10/17/17 | 10/17/17 |
|---|---|---|---|
| 364 | Washington State, Department of Financial Institutions, Order Denying CashCall Motion for Partial Summary Judgment dated January 30, 2013 [CC-017964003; CC-017951315 - CC-017951326] | | |
| 365 | March 26, 2013 email from D. Baren to P. Reddam, subject: FW: Privileged [CC-017951463 - CC-017951464] | 10/17/17 | 10/18/17 |
| 366 | March 21, 2013 email from D. Baren to R. Radziminsky, subject: RE: Appeal to Ginnie Mae; attachment: CASHCALL LITIGATION REGULATORY 2 28 (2).docx [CC-017951467 - CC-017951467] | | |
| 367 | February 5, 2013 email from D. Baren to Vijay Venkatachalam at FG Companies, subject: RE: Prospect; attachment: CASHCALL LITIGATION REGULATORY 1.31.docx [CC-017951563 - CC-017951570] | 10/17/17 | 10/18/17 |
| 369 | November 16, 2012 email from D. Baren to C. Callaway (and others), subject: Re: Possible Regulatory Changes [CC-017951960 - CC-017951963] | | |
| 371 | October 25, 2012 email from D. Baren to C. Callaway (No subject) [CC-017952027 - CC-017952027] | 10/17/17 | 10/18/17 |
| 372 | October 1, 2012 email from D. Baren to C. Callaway (and others), subject: RE: Hill Strategy [CC-017952100 - CC-017952101] | | |
| 375 | July 31, 2012, Memorandum Opinion, Western Sky Financial, LLC, et al. v Maryland Commissioner of Financial Regulation [CC-017964004; CC-017952692 - CC-017952706] | 10/17/17 | 10/18/17 |

Trial Exhibit List: LA CV 15-7522 JFW (RAOx) CFPB v. CashCall, Inc. et. al.

| 376 | July 17, 2012 email from D. Baren to C. Callaway (and others), subject: RE: CashCall -- Monarch Legal Opinion re Choice of Law and Enforceability by Assignee [CC-017952853 - CC-017952854] | | |
|---|---|---|---|
| 377 | July 3, 2012 email from M. Conley to D. Baren (and others), subject: CashCall -- Monarch Western Sky Documents, attachment: Western Sky Opinion Certification.doc [CC-017952879 - CC-017952880; CC-017964007 - CC-017964010] | | |
| 379 | June 13, 2012 email from D. Baren to C. Callaway (No subject) [CC-017953025 - CC-017953025] | 10/17/17 | 10/18/17 |
| 380 | June 12, 2012 email from D. Baren to C. Callaway, subject: RE: arm of the tribe [CC-017953032 - CC-017953032] | 10/17/17 | 10/18/17 |
| 381 | June 11, 2012 email from D. Baren to M. Petronio (and others), subject: RE: Re: CashCall/Western Sky [CC-017953058 - CC-017953059] | | |
| 382 | June 5, 2012 email from D. Baren to M. Conley (and others), subject: RE: Western Sky [CC-017953068 - CC-017953070] | | |
| 383 | June 5, 2012 email from M. Conley to D. Baren (and others), subject: Western Sky; with attachments: Articles of Organization of Western Sky Financial, LLC; Cheyenne River Sioux Tribe Business Licenses for Western Sky, 2010, 2011, 2012 [CC-017953074 - CC-017953083] | 10/17/17 | 10/18/17 |
| 384 | May 22, 2012 Memorandum from C. Callaway, subject: Individual Tribal Member Sovereign Immunity Under United States Law [CC-017964005; CC-017953216 - CC-017953218] | | |

Trial Exhibit List: LA CV 15-7522 JFW (RAOx) CFPB v. CashCall, Inc. et. al.

| 385 | April 30, 2012 email from D. Baren to M. Conley, subject: RE: Bringdown of Choice of law/assignment opinion [CC-017953622 - CC-017953623] | | |
|------|---|---|---|
| 386 | April 30, 2012 email from D. Baren to C. Callaway, subject: RE: Opinions [CC-017953625 - CC-017953625] | | |
| 388 | February 15, 2011 email from C. Callaway to D. Baren (and others), subject: Re: Fwd: Activity in Case 3:10-cv-02708-JAP -LHG MCFADDEN v. DELBERT SERVICES CORPORATION et al Motion Hearing [CC-017954044 - CC-017954045] | | |
| 389 514 | February 7, 2011 email from C. Callaway to D. Baren (and others), subject: Re: Colorado [CC-017954046 - CC-017954049] | 10/17/17 | 10/17/17 |
| 390 | June 23, 2010 email from K. Smith to D. Baren (and others), subject: RE: CashCall/Centurion: Signature pages and Secretary's Certificates; attachment: CCL 2009 SPV LLC, CashCall, Inc. and J. Paul Reddam: Financing by Centurion Credit Resources LLC [CC-017954074 - CC-017954222] | | |
| 392 | May 10, 2010 email from C. Callaway to D. Baren, subject: 41813369_2.DOC; attachment: 41813369_2.DOC [CC-017954224; CC-017964011 - CC-017964015] | | |
| 393 | April 28, 2010 email from R. Cook (at Hudson Cook) to D. Baren, subject: RE: Western Sky [CC-017954226 - CC-017954227] | | |
| 394 | March 22, 2010 email from C. Callaway to D. Baren, subject: RE: Varde/CashCall Loan Agreement [CC-017954232 - CC-017954238] | | |

13

Trial Exhibit List: LA CV 15-7522 JFW (RAOx) CFPB v. CashCall, Inc. et. al.

| 395 | August 18, 2009 email from D. Baren to B. Webb, subject: RE: update [CC-017954292 - CC-017954294] | 10/17/17 | 10/18/17 |
|---|---|---|---|
| 396 | November 16, 2010 email from M. Conley to D. Baren (and others), subject: Legal Opinions; attachments: CashCall - Opinion (General - Bayberry Loan with Exhibits), Bayberry Legal Opinion [CC-017954427 - CC-017954525] | 10/17/17 | 10/18/17 |
| 399 | January 25, 2011 email from D. Meeks to D. Baren, subject: CashCall_Varde Investor Presentation 1 28 11 (Forbes final 515pm).pptx; attachment: CashCall_Varde Investor Presentation 1 28 11 (Forbes final 515pm).pptx [CC-017959667; CC-017959668_001 - CC-017959668_050] | 10/17/17 | 10/18/17 |
| 400 | September 21, 2009 email from C. Brennan (at Hudson Cook) to D. Baren, subject: Thoughts on draft opinion regarding tribal lending, attachment: Jefferies & Company CashCall Due Diligence HC Response to Tribal Lending Model Opinion [CC-017959872 - CC-017959874] | 10/17/17 | 10/18/17 |
| 401 | July 16, 2012 email from M. Petronio to M. Conley (D. Baren and others), subject: RE: Master Consumer Loan Purchase Agreement, attachment: CCL 2012 WSKY SPE, LLC, CashCall, Inc. and J. Paul Reddam: Financing by MCCF 2012, LLC, a Delaware limited liability company [CC-017960117 - CC-017960132] | | |
| 402 | May 24, 2011 email from D. Meeks to D. Baren, subject: RE:, attachment: CashCall Investor Presentation SVC - APR 2011 [CC-017963865 - CC-017963909] | 10/17/17 | 10/18/17 |
| 403 | February 9, 2011 email from H. Holland to D. Baren, subject: FW: D.O.C.., attachment: CashCall Investor Presentation SVC - NOV 2010 [CC-017963924 - CC-017963973] | 10/17/17 | 10/18/17 |
| 404 | August 7, 2013 email from J. Black (at Katten) to D. Baren (and others), subject: RE: CashCall Legal Arguments, attachment: Talking Points November 15 | | |

Trial Exhibit List: LA CV 15-7522 JFW (RAOx) CFPB v. CashCall, Inc. et. al.

| | | | |
|---|---|---|---|
| | [CC-017962004 – CC-017962007] | | |
| 406 | February 15, 2011 email from D. Baren to D. Baren, subject: Western Sky Model Memorandum; attachment: Western Sky Model Memorandum.docx [CC-017962008 – CC-017962010] | 10/17/17 | 10/18/17 |
| 407 | August 30, 2013 email from D. Baren to D. Meeks, subject: Re: [CC-017962029 – CC-017962030] | | |
| 408 | January 7, 2013 email from D. Baren to M. Conley, subject: RE: CCL 2010 NLP SPE LLC [CC-017962837 – CC-017962838] | | |
| 409 | October 11, 2012 email from D. Baren to C. Bogue, subject: FW: Western Sky and Cheryl Bogue documents for Basepoint Loan; attachments: #31705899v1_LAX01_ - Butch Webb Opinion Certificate.DOC, 31705879_1 (2).doc, Tab 25 - Legal Opinion of Bogue and Bogue, LLP.PDF [CC-017963064 – CC-017963083] | 10/17/17 | 10/18/17 |
| 410 | August 17, 2012 email from D. Baren to M. Conley (and others), subject: RE: Western Sky Opinion Certificate [CC-017963084 – CC-017963086] | | |
| 411 | June 5, 2012 email from D. Baren to C. Bogue, subject: FW: Opinion Certificate, attachment: Western Sky Opinion Certificate (GA Loan) [Doc title: Officer's Certificate of Western Sky Financial, LLC] [CC-017963354 – CC-017963356] | | |
| 412 | June 5, 2012 email from D. Baren to M. Conley, subject: Re: Bogue Opinion [CC-017963357 – CC-017963358] | | |
| 413 | June 5, 2012 email from D. Baren to D. O'Brien (at sandw.com) (and others), subject: Re: Bogue Opinion [CC-017963359 – CC-017963360] | | |

Trial Exhibit List: LA CV 15-7522 JFW (RAOx) CFPB v. CashCall, Inc. et. al.

| 414 | May 25, 2012 email from D. Baren to J. Williams (and others), subject: FW: Varde/CashCall Signed Documents; attachments: Scanned Doc.pdf, Scanned Doc.pdf, Scanned Doc.pdf, Scanned Doc.pdf [CC-017963364 - CC-017963402] | | |
|---|---|---|---|
| 415 | May 1, 2012 email from D. Baren to M. Conley, subject: RE: Status update [CC-017963701 - CC-017963703] | | |
| 416 | April 23, 2012 email from D. Baren to M. Conley, subject: RE: Bogue & Bogue Opinion [CC-017963704 - CC-017963707] | | |
| 417 | December 31, 2013 - Financial Package CashCall Consolidated (multi-tabbed spreadsheet) [CC-017963758_001 - CC-017963758_012] | 10/18/17 | 10/18/17 |
| 418 | September 30, 2016 - Financial Package CashCall Consolidated (mulit-tabbed spreadsheet) [CC-017963803_001 - CC-017963803_013] | 10/18/17 | 10/18/17 |
| 419 | April 30, 2017 - Financial Package CashCall Consolidated (multi-tabbed spreadsheet) [CC-017963804_001 - CC-017963804_010] | 10/18/17 | 10/18/17 |
| 420 | July 31, 2017 - Financial Package CashCall Consolidated (multi-tabbed spreadsheet) [CC-017963807_001 - CC-017963807_010] | 10/18/17 | 10/18/17 |
| 421 | June 6, 2012 email from M. Conley to D. Baren (and others), subject: Western Sky Choice of Law and Assignment Legal Opinions [CC-017963811 - CC-017963812] | | |
| 422 | June 24, 2011 email from M. Conley to D. Baren (and others) subject: Purchase and Sale Procedures for the National Loans, attachment: WS -- Western Sky Loan Purchase Procedures [CC-017963813 - CC-017963815] | 10/17/17 | 10/18/17 |

Trial Exhibit List: LA CV 15-7522 JFW (RAOx) CFPB v. CashCall, Inc. et. al.

| 423 | July 1, 2011 email from M. McTygue (at EAP Law) to M. Conley (D. Baren and others), subject: RE: True Sale Opinion [CC-017963816 – CC-017963818] | | |
|---|---|---|---|
| 424 | July 24, 2012 email from D. Baren to M. Conley (and others), subject: RE: Bogue Opinion (Monarch) [CC-017963819 – CC-017963821] | | |
| 425 | June 1, 2009 11:31:05 AM email from D. Baren to C. Callaway (and others), subject: RE: Western Sky consumer loan agreement [CC-017963822 – CC-017963824] | | |
| 426 | May 29, 2009 email from D. Baren to C. Bogue (and others), subject: Western Sky consumer loan agreement, attachment: Western Sky consumer loan agreement [CC-017963827 – CC-017963834] | 10/17/17 | 10/18/17 |
| 427 | May 28, 2009 email from D. Baren to C. Callaway, subject: FW: Fw: [CC-017963835 – CC-017963836] | | |
| 428 | May 27, 2009 email from D. Baren to C. Callaway, subject: Arbitration [CC-017963837 – CC-017963837] | | |
| 429 | June 1, 2009 email from C. Callaway to D. Baren, subject: Western Sky consumer loan agreement.doc, attachment: Western Sky consumer loan agreement [CC-017963838 – CC-017963845] | 10/17/17 | 10/18/17 |
| 430 | June 1, 2009 email from C. Callaway to D. Baren (and others), subject: RE: Western Sky consumer loan agreement [CC-017963846 – CC-017963847] | | |
| 431 | May 28, 2009 email from C. Callaway to D. Baren, subject: RE: Fw: [CC-017963851 – CC-017963852] | | |

Trial Exhibit List: LA CV 15-7522 JFW (RAOx) CFPB v. CashCall, Inc. et. al.

| 434 | April 30, 2010 Bogue & Bogue letter Re: Opinion of Counsel Relating to the Enforceability Under the Laws of the Cheyenne River Sioux Tribe, with hand-written notes [CC-017963860 – CC-017963864] | | |
| 435 | Arkansas – Consent Judgment – 2016-06-21 [CFPB-0454752 – CFPB-0454762] | | |
| 436 | Indiana – Consent Judgment – October 13, 2016 [CFPB-0454763 – CFPB-0454828] | | |
| 437 | Massachusetts – Final Judgment by Consent – 2015-10-26 [CFPB-0454829 – CFPB-0454850] | | |
| 438 | Minnesota – Consent Judgment and Order – 2016-08-17 [CFPB-0454851 – CFPB-0454866] | | |
| 439 | New York – Consent & Stipulation – 2014-01-24 [CFPB-0454881 – CFPB-0454892] | | |
| 440 | North Carolina – Final Judgment by Consent – 2016-06-15 [CFPB-0454867 – CFPB-0454880] | | |
| 500a | Draft Opinion of Counsel letter from Katten, addressed to Jefferies & Company dated September 2009 [CC-017867111 – CC-017867116] | 10/17/17 | 10/17/17 |
| 500b | Email from Claudia Callaway to Daniel Baren attaching the November 2009 draft Opinion of Counsel letter from Katten, addressed to Jefferies & Company dated November 4, 2009 [CC-017867084 – CC-017867100] | 10/17/17 | 10/17/17 |

Trial Exhibit List: LA CV 15-7522 JFW (RAOx) CFPB v. CashCall, Inc. et. al.

| | | | |
|---|---|---|---|
| 500c | Email from Claudia Callaway to Daniel Baren attaching the November 2009 draft Opinion of Counsel letter from Katten, addressed to Jefferies & Company dated December 10, 2009 [CC-017867067 - CC-017867083] | 10/17/17 | 10/17/17 |
| 500e | Opinion of Counsel letter from Katten, addressed to Daniel Baren dated February 26, 2010 [CC-017867034 - CC-017867049] | 10/17/17 | 10/17/17 |
| 500g | Opinion of Counsel Letter Addressed to "The Persons listed on Schedule I" dated 01-31-2013 [CC-017827672 - CC-017827693] | 10/17/17 | 10/17/17 |
| 500h | Email attaching Opinion of Counsel letter from Katten, addressed to Centurion Credit Resources, LLC dated April 12, 2010 [MSJ 17] [CC-017866997 - CC-017867013] | 10/17/17 | 10/17/17 |
| 500i | Katten opinion letter dated December 31, 2012 [CC-017833177 - CC-017833198] | 10/17/17 | 10/17/17 |
| 500j | Katten opinion letter, January 31, 2013, issued to Bayberry Consumer Finance Fund LLC [CC-017827671 - CC-017827693] | 10/17/17 | 10/17/17 |
| 502a | Opinion of Counsel letter from Cheryl Bogue, addressed to Butch Webb dated May 14, 2010 [CC-017828174 - CC-017828178] | 10/17/17 | 10/17/17 |
| 502b | Opinion of Counsel letter from Cheryl Bogue, addressed to Butch Webb dated June 22, 2011 [CC-017841335 - CC-017841342] | 10/17/17 | 10/17/17 |
| 502d | Email from Mark Conley to Daniel Baren attaching a June 22, 2011 Opinion of Counsel letter from Cheryl Bogue to Butch Webb dated June 22, 2011 [CC-017867195; cc-017867199 - CC-017867197; CC-017867206] | 10/17/17 | 10/17/17 |

Trial Exhibit List: LA CV 15-7522 JFW (RAOx) CFPB v. CashCall, Inc. et. al.

| 502e | Email transmitting Bogue opinion letter dated December 28, 2012 [CC-017833168 – CC-017833176] | 10/17/17 | 10/17/17 |
|------|-----------------------------------------------------------------------------------------------|----------|----------|
| 502f | Email transmitting Bogue opinion letter dated April 11, 2013 [CC-017829490 – CC-017829499] | 10/17/17 | 10/17/17 |
| 502g | Email transmitting Bogue opinion letter dated August 15, 2012 [CC-017840101 – CC-017840109] | 10/17/17 | 10/17/17 |
| 502i | Email transmitting Bogue opinion letter dated June 22, 2011 [CC-017840126 – CC-017840135] | 10/17/17 | 10/17/17 |
| 502j | Email transmitting Bogue opinion letter dated October 28, 2010 [CC-017840164 – CC-017840169] | 10/17/17 | 10/17/17 |
| 502k | Email transmitting Bogue opinion letter dated May 1, 2012 [CC-017834217 – CC-017834224] | 10/17/17 | 10/17/17 |
| 502l | Email transmitting Bogue opinion letters dated May 14, 2010 and June 25, 2010 [CC-017867288 – CC-017867302] | 10/17/17 | 10/17/17 |
| 502m | Email transmitting Bogue opinion letter dated May 1, 2012 [CC-017955542 – CC-017955549] | 10/17/17 | 10/17/17 |
| 502n | Email transmitting Bogue opinion letter dated November 15, 2010 [CC-017851135 – CC-017851145] | 10/17/17 | 10/17/17 |

Trial Exhibit List: LA CV 15-7522 JFW (RAOx) CFPB v. CashCall, Inc. et. al.

| 503a | Western Sky Loan Agreement [CC-017872256 - CC-017872261] | 10/17/17 | 10/17/17 |
|------|----------------------------------------------------------|----------|----------|
| 503b | Western Sky Loan Agreement [CC-017872262 - CC-017872266] | 10/17/17 | 10/17/17 |
| 503c | Western Sky Loan Agreement [CC-017872267 - CC-017872272] | 10/17/17 | 10/17/17 |
| 503d | Western Sky Loan Agreement [CC-017872273 - CC-017872277] | 10/17/17 | 10/17/17 |
| 503e | Western Sky Loan Agreement [CC-017872278 - CC-017872282] | 10/17/17 | 10/17/17 |
| 503f | Western Sky Loan Agreement [CC-017872283 - CC-017872288] | 10/17/17 | 10/17/17 |
| 503g | Western Sky Loan Agreement [CC-017872289 - CC-017872294] | 10/17/17 | 10/17/17 |
| 503h | Western Sky Loan Agreement [CC-017872295 - CC-017872300] | 10/17/17 | 10/17/17 |
| 503i | Western Sky Loan Agreement [CC-017872301 - CC-017872306] | 10/17/17 | 10/17/17 |

**Trial Exhibit List: LA CV 15-7522 JFW (RAOx) CFPB v. CashCall, Inc. et. al.**

| | | | |
|---|---|---|---|
| 503j | Western Sky Loan Agreement<br>[CC-017872307 - CC-017872312] | 10/17/17 | 10/17/17 |
| 504 | Agreement for the Assignment and Purchase of Promissory Notes between Western Sky Financial, LLC and WS Funding, LLC dated October 28, 2010 [CC-017828228 - CC-017828232] | | |
| 505 | Email from Claudia Callaway to Dan Pillemer, attaching a "working draft of the tribal contract enforceability white paper" dated March 18, 2011 [CC-017866932 - CC-017866938] | 10/17/17 | 10/17/17 |
| 506 | Officer's Certificate of Western Sky Financial, LLC dated March 2013 [CC-017867799 - CC-017867807] | 10/17/17 | 10/17/17 |
| 507 | Katten Presentation titled, "Tribal Lending:  An Overview" dated June 2013 [CFPB-0447771 - CFPB-0447777] | 10/17/17 | 10/17/17 |
| 508 | Sample Notice of Loan Transfer sent to borrower [CC-017822978 - CC-017822978] | 10/17/17 | 10/17/17 |
| 508A | Sample Notice of Loan Transfer sent to borrower [CC-017827281 - CC-017827281] | | |
| 509 | Agreement for the Assignment and Purchase of Promissory Notes between Western Sky Financial, LLC and WS Funding, LLC dated February 1, 2010 [CC-017830031 - CC-017830035] | 10/18/17 | 10/18/17 |
| 510 | October 5, 2009 email from Claudia Calloway [CC-017867101 - CC-017867107] | 10/17/17 | 10/17/17 |

Trial Exhibit List: LA CV 15-7522 JFW (RAOx) CFPB v. CashCall, Inc. et. al.

| | | | |
|---|---|---|---|
| 511 | May 20, 2010 email from Claudia Callaway to Daniel Baren [MSJ 26] [CC-017954223 - CC-017954223] | 10/17/17 | 10/17/17 |
| 512 | June 7, 2011 email from Daniel Baren to Claudia Callaway [CC-017953990 - CC-017953990] | 10/17/17 | 10/17/17 |
| 513 | March 12, 2010 email from Cheryl Bogue to Daniel Baren  [CC-017867031 - CC-017867032] | 10/17/17 | 10/17/17 |
| 514 389 | February 7, 2011 email from C. Callaway to D. Baren (and others), subject: Re: Colorado [CC-017954046 - CC-017954049] | 10/17/17 | 10/17/17 |
| 515 | Email from Claudia Callaway to Daniel Baren dated May 9, 2010 [CC-017866996 - CC-017866996] | 10/17/17 | 10/17/17 |
| 516 | Agreement for the Assignment and Purchase of Promissory Notes between Western Sky Financial, LLC and WS Financial, LLC dated December 28, 2009 [CC-017840043 - CC-017840058] | 10/17/17 | 10/17/17 |
| 517 | September 30, 2013 memorandum from Claudia Callaway to Daniel Baren [CC-017946798 - CC-017946799] | 10/17/17 | 10/17/17 |
| 518 | June 20, 2012 email from D. Baren to C. Callaway (and others), subject: RE: CashCall, Inc. - Case Numbers: 2011-392/OAH No.: 12SB0009 [CC-017952955 - CC-017952956] | 10/17/17 | 10/17/17 |
| 519 | Gavin Clarkson Declaration in support of Defendants' NORA submission dated November 6, 2013 | 10/17/17 | 10/17/17 |

Trial Exhibit List: LA CV 15-7522 JFW (RAOx) CFPB v. CashCall, Inc. et. al.

| 520 | Excerpts of Plaintiff's Second Supplemental Responses to CashCall, Inc.'s First Set of Interrogatories dated July 19, 2016 | | |
|---|---|---|---|
| 521 | Excerpts of Plaintiff's Second Supplemental Responses to WS Funding, LLC's First Set of Interrogatories dated July 19, 2016 | | |
| 522 | Excerpts of Plaintiff's First Supplemental Responses to CashCall, Inc.'s First Set of Interrogatories dated April 27, 2016 | | |
| 523 | Excerpts of Plaintiff's First Supplemental Responses to WS Funding, LLC's First Set of Interrogatories dated April 2016 | | |
| 524 | Excerpts of Plaintiff's Responses to CashCall, Inc.'s First Set of Interrogatories dated March 21, 2016 | | |
| 525 | Excerpts of Plaintiff's Responses to WS Funding, LLC's First Set of Interrogatories dated March 21, 2016 | | |
| 526 | September 16, 2013 email from Claudia Callaway to Daniel Baren [CC-017947707 - CC-017947708] | 10/17/17 | 10/17/17 |
| 527 | March 25, 2013 Email from Claudia Callaway to Daniel Baren [CC-017951465 - CC-017951466] | 10/17/17 | 10/17/17 |
| 528 | August 12, 2013 Email Correspondence between Daniel Baren, Paul Reddam, and David Wiechert [CC-017946479 - CC-017946479] | 10/17/17 | 10/18/17 |

Trial Exhibit List: LA CV 15-7522 JFW (RAOx) CFPB v. CashCall, Inc. et. al.

| 532 | Western Sky Loan Model | 10/18/17 | 10/18/17 |
|---|---|---|---|
| 533 | Western Sky Loan Servicing Overhead Cost Analysis | 10/18/17 | 10/18/17 |
| 534 | Western Sky Loan Servicing Cost Analysis | 10/18/17 | 10/18/17 |
| 535 | Financing Facilities Schedule | 10/18/17 | 10/18/17 |
| 536 | Email attaching December 10, 2012 Letter from Texas Office of Consumer Credit Commissioner [CC-017949716 - CC-017949719] | 10/17/17 | 10/17/17 |