| | |
|---|---|
| OWEN P. MARTIKAN<br>  (CA Bar #177104)<br>  owen.martikan@cfpb.gov<br>CHRISTINA S. COLL<br>  (CA Bar #250712)<br>  christina.coll@cfpb.gov<br>LEANNE E. HARTMANN<br>  (CA Bar #264787)<br>  leanne.hartmann@cfpb.gov<br>BARRY E. REIFERSON<br>  Admitted pro hac vice<br>  (NY Bar #4343893)<br>  barry.reiferson@cfpb.gov<br>CONSUMER FINANCIAL<br>PROTECTION BUREAU<br>1700 G Street NW<br>Washington, DC 20552<br>Telephone: (415) 844-9790<br>Facsimile: (415) 844-9788<br><br>Attorneys for Plaintiff<br>Consumer Financial Protection Bureau | THOMAS J. NOLAN (SBN 66992)<br>Thomas.Nolan@lw.com<br>LATHAM & WATKINS LLP<br>355 South Grand Avenue, Suite 100<br>Los Angeles, California 90071-1560<br>Telephone: (213) 891-8451<br>Facsimile: (213) 891-8763<br><br>ALLEN L. LANSTRA (SBN 251510)<br>Allen.Lanstra@skadden.com<br>CAROLINE VAN NESS (SBN 281675)<br>Caroline.VanNess@skadden.com<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, California 90071-3144<br>Telephone: (213) 687-5000<br>Facsimile: (213) 687-5600<br><br>JOSEPH L. BARLOON (Pro Hac Vice)<br>Joseph.Barloon@skadden.com<br>AUSTIN K. BROWN (Pro Hac Vice)<br>Austin.Brown@skadden.com<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>1440 New York Avenue, N.W.<br>Washington, DC 20005<br>Telephone: (202) 371-7000<br>Facsimile: (202) 393-5760<br><br>Attorneys for Defendants |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>          Plaintiff,<br><br>      v.<br><br>CASHCALL, INC., WS FUNDING, LLC, DELBERT SERVICES CORPORATION, and J. PAUL REDDAM,<br><br>          Defendants. | CASE NO.: 2:15-cv-07522-JFW (RAOx)<br><br>**JOINT JUDGMENT**<br><br>Judge:        Hon. John F. Walter<br>Place:         Courtroom 7A |

Following a bench trial held on October 17-18, 2017, and pursuant to the Findings of Fact and Conclusions of Law issued by the Court on January 19, 2018, judgment is entered in favor of plaintiff Consumer Financial Protection Bureau, and against defendants CashCall, Inc., WS Funding, LLC, Delbert Services Corporation, and J. Paul Reddam as follows:

1. Pursuant to 12 U.S.C. § 5565(c)(1), defendants CashCall, Inc., WS Funding, LLC, Delbert Services Corporation, and J. Paul Reddam must pay a civil money penalty of $10,283,886 to the Bureau. Defendants' liability for this penalty is joint and several.

2. Defendants must pay the civil money penalty by wire transfer to the Bureau or the Bureau's agent, in compliance with the Bureau's wiring instructions.

3. Defendants shall pay the full amount of the civil money penalty within sixty-five (65) days of entry of this Final Judgment.

**IT IS SO ORDERED.**

DATED: January 26, 2018    _____
The Honorable John F. Walter
United States District Judge

1
JOINT JUDGMENT