THOMAS J. NOLAN (SBN 66992)
Thomas.Nolan@lw.com
LATHAM & WATKINS LLP
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: (213) 891-8451
Facsimile: (213) 891-8763

ALLEN L. LANSTRA (SBN 251510)
Allen.Lanstra@skadden.com
CAROLINE VAN NESS (SBN 281675)
Caroline.VanNess@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

JOSEPH L. BARLOON (*Pro Hac Vice*)
Joseph.Barloon@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-5760

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CONSUMER FINANCIAL PROTECTION BUREAU,

Plaintiff,

v.

CASHCALL, INC., WS FUNDING, LLC, DELBERT SERVICES CORPORATION, and J. PAUL REDDAM,

Defendants.

CASE NO.: 2:15-cv-07522-JFW (RAOx)

DEFENDANTS' NOTICE OF CROSS-APPEAL

Judge: Hon. John F. Walter

**DEFENDANTS' NOTICE OF CROSS-APPEAL**

Notice is hereby given that defendants CashCall, Inc., WS Funding, LLC, Delbert Services Corporation, and J. Paul Reddam ("Defendants") hereby cross-appeal to the United States Court of Appeals for the Ninth Circuit from (1) the Order Denying Defendants' Motion for Judgment on the Pleadings, entered on December 30, 2015; (2) the Order Granting Plaintiff Consumer Financial Protection Bureau's Motion for Partial Summary Judgment and Order Denying Defendants' Motion for Summary Judgment, entered on August 31, 2016; (3) portions of the Findings of Fact and Conclusions of Law, entered on January 19, 2018, that are adverse to one or more Defendants, and (4) the Joint Judgment, entered on January 26, 2018.

The notice of appeal was filed by plaintiff Consumer Protection Financial Bureau on March 27, 2018, and the case has been assigned Court of Appeals docket number 18-55407. This notice of cross-appeal is timely pursuant to Federal Rule of Appellate Procedure 4(a)(3).

Defendants' Representation Statement is included below.

DATED: April 10, 2018

LATHAM & WATKINS LLP

By: /s/ *Thomas J. Nolan*
Thomas J. Nolan
Attorneys for Defendants

## REPRESENTATION STATEMENT

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rules 3-2(b) and 12-12, below is a list identifying all parties to the action along with the names, addresses, e-mail addresses, and telephone numbers of their respective counsel.

**Attorneys for Plaintiff Consumer Financial Protection Bureau:**

Owen Martikan
owen.martikan@cfpb.gov
(415) 844-9790

Christina S. Coll
christina.coll@cfpb.gov
(202) 435-7843

Leanne E. Hartmann
leanne.hartmann@cfpb.gov
(415) 844-9787

Barry E. Reiferson
barry.reiferson@cfpb.gov
(212) 328-7020

Kristin Bateman
kristin.bateman@cfpb.gov
(202) 435-7821

Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552

**Attorneys for Defendants CashCall, Inc., WS Funding, LLC, Delbert Services Corp., and J. Paul Reddam:**

Thomas Jerome Nolan
thomas.nolan@lw.com
(213) 485-1234

Latham & Watkins LLP
355 South Grand Avenue Suite 100
Los Angeles, CA 90071

Allen L. Lanstra
allen.lanstra@skadden.com
(213) 687-5000

Caroline Van Ness
caroline.vanness@skadden.com

(213) 687-5000
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue Suite 3400
Los Angeles, CA 90071

Joseph L. Barloon
joseph.barloon@skadden.com
(202) 371-7000
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue NW
Washington, DC 20005