FILED

OCT 21 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>CASHCALL, INC.; et al.,<br><br>        Defendants-Appellees. | No.   18-55407<br><br>D.C. No.<br>2:15-cv-07522-JFW-RAO<br>Central District of California,<br>Los Angeles<br><br>ORDER |
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>        Plaintiff-Appellee,<br><br> v.<br><br>CASHCALL, INC.; et al.,<br><br>       Defendants-Appellants. | No.   18-55479<br><br>D.C. No.<br>2:15-cv-07522-JFW-RAO |

Before: OWENS, R. NELSON, and MILLER, Circuit Judges.

    We withdraw submission of this appeal and stay all further proceedings pending the United States Supreme Court's decision in *Seila Law LLC v. Consumer Financial Protection Bureau*, No. 19-7 (cert. granted Oct. 18, 2019). Within 30 days of the decision in *Seila Law*, the parties shall advise the court if supplemental briefing is necessary before resubmission of the appeal. The Clerk is

directed to administratively close the docket, pending further order of the court.