JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Plaintiff,<br><br>v.<br><br>CASHCALL, INC., WS FUNDING, LLC, DELBERT SERVICES CORPORATION, and J. PAUL REDDAM,<br><br>Defendants. | CASE NO.: 2:15-cv-07522-JFW (RAOx)<br><br>**AMENDED JUDGMENT**<br><br>Judge: Hon. John F. Walter<br>Place: Courtroom 7A |

Pursuant to the Order Granting Plaintiff's Motion to Amend Findings, Conclusions, and Judgment on Remand issued by the Court on February 10, 2023, judgment is entered in favor of plaintiff Consumer Financial Protection Bureau, and against defendants CashCall, Inc., WS Funding, LLC, Delbert Services Corporation, and J. Paul Reddam as follows:

1. Pursuant to 12 U.S.C. § 5565(c)(1), a civil penalty in the amount of $33,276,264 is imposed against defendants CashCall, Inc., WS Funding, LLC, Delbert Services Corporation, and J. Paul Reddam jointly and severally.

2. Defendants paid a $10,283,886 civil money penalty on March 23, 2018, as required by the January 26, 2018, Joint Judgment. The remaining civil penalty imposed on Defendants is $22,992,378.

3. A judgment for restitution is entered against Defendants, jointly and severally, in the amount of $134,058,600.

4. Pursuant to 28 U.S.C. § 1961, post-judgment interest will accrue from the date of entry of this Joint Amended Judgment.

5. Execution on this judgment and proceedings to enforce it are stayed for sixty-five (65) days, unless or until ordered otherwise.

**IT IS SO ORDERED.**

DATED: February 21, 2023

_____
The Honorable John F. Walter
United States District Judge