**CERTIFICATE OF SERVICE**

I hereby certify that on July 08, 2026, I electronically transmitted the foregoing documents described as Defendants' Notice of Motion and Motion for Relief from the Post-Remand Judgment, Memorandum of Points and Authorities, Declarations of Counsel, and [Proposed] Order to the Clerk's Office using the CM/ECF System for filing and transmittal of the foregoing pleadings to the CM/ECF registrants who have entered their appearance as counsel of record.

_____
Garrison M. Giali

CERTIFICATE OF SERVICE