Reuben Camper Cahn, S.B.N. 255158
**BIENERT KATZMAN**
**LITTRELL WILLIAMS LLP**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile  (949) 369-3701
Email: rcahn@bklwlaw.com

*Attorneys for Defendants*
CashCall, Inc. and J. Paul Reddam

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>        Plaintiff,<br><br>v.<br><br>CASHCALL, INC.; WS FUNDING, LLC; DELBERT SERVICES CORPORATION; and J. PAUL REDDAM,<br><br>        Defendants. | Case No. 2:15-cv-07522-JFW (RAOx)<br><br>**DECLARATION OF REUBEN CAMPER CAHN IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION FOR POST-JUDGMENT DISCOVERY IN AID OF RULE 60(b) MOTION FOR RELIEF FROM JUDGMENT**<br><br>*Filed concurrently with Defendants' Notice of Motion and Motion for Post-Judgment Discovery in Aid of Rule 60(b) Motion for Relief from Judgment; Memorandum of Points and Authorities; and [Proposed] Order*<br><br>Assigned to Hon. John F. Walter |

Case No. 2:15-cv-07522-JFW (RAOx)

DECLARATION OF REUBEN CAMPER CAHN

# **DECLARATION OF REUBEN CAMPER CAHN**

I, Reuben Camper Cahn, declare as follows:

1.      I am a partner at Bienert Katzman Littrell Williams LLP, counsel of record for defendants CashCall, Inc. and Mr. Reddam in this case. I have personal knowledge of the facts set forth in this declaration, unless the facts are stated on information or belief, and as to those matters, I am informed and believe them to be true. If called upon to do so, I could and would testify to those facts under oath.

2.      Pursuant to Central District of California Local Rule 7-3, on August 6, 2026, I met and conferred by Teams with counsel for the Consumer Financial Protection Bureau ("CFPB") regarding the relief sought in this Motion. I attended telephonically, and my colleague on the matter, Olivia Weber, attended via videoconference.

3.      In advance of our meeting, Olivia Weber provided a draft of the motion for CFPB's counsel's review, at my direction.

4.      The parties were unable to reach agreement on the relief requested. I asked whether there were any modifications that could be made to the Motion or accompanying discovery requests that would lead to an agreement, and Plaintiff's counsel indicated that there were not.

5.      Attached hereto as **Exhibit A** are the discovery requests that seek records from the CFPB.

6.      Attached hereto as **Exhibit B** are the discovery requests that seek records from the Office of Management and Budget.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 13th day of August 2026, at Sebanjar, Alor, East Nusa Tenggara, Indonesia.

Reuben Camper Cahn