# EXHIBIT A

## I.    RECORDS REQUESTED

The Bureau is requested to produce all records, in any format (including electronic mail; calendar entries and invitations; instant-message, Microsoft Teams, Signal, Slack, and other chat communications; word-processing drafts; PDFs; memoranda; talking points; meeting minutes; phone logs; text messages on Bureau-issued or Bureau-reimbursed devices; and any associated attachments and metadata), in the following categories:

**Category 1 — CFPB Internal Deliberations Concerning Rule 60(b) Relief.**

All records reflecting, referring to, or discussing the application, non-application, contemplated application, declination to apply, or perceived legal or political risk of relief under Federal Rule of Civil Procedure 60(b) (including subsections (b)(5) and (b)(6)) in any CFPB enforcement action, including but not limited to actions captioned (or otherwise involving) the following defendants or respondents: SoLo Funds, Inc.; Navy Federal Credit Union; Capital One Financial Corporation (including Capital One, N.A. and any affiliate or subsidiary); Walmart, Inc. (and any affiliate or subsidiary); Early Warning Services, LLC and any other Zelle-related entity; Rocket Homes Real Estate LLC (and any Rocket Companies, Inc. affiliate); Heights Finance Corporation; Townstone Financial, Inc.; Reliant Holdings, Inc. (and Horizon Card Services); and CashCall, Inc. (including *Consumer Financial Protection Bureau v. CashCall, Inc., et al.*, No. 2:15-cv-07522 (C.D. Cal.)).

This category includes, without limitation: legal memoranda; pre-decisional and post-decisional analyses; recommendation memoranda; talking points; briefing materials prepared for the Acting Director, the Chief Legal Officer, the General Counsel, the Deputy General Counsel, the Assistant Director for Enforcement, the Deputy Enforcement Director, the Deputy Director, and any Senior Advisor or Counselor to the Acting Director; and any communications referencing such materials, regardless of whether a final Rule 60(b) motion or stipulation was filed in any matter.

**Category 2 — Communications Between CFPB Personnel and the Executive Office of the President.**

All communications (including all electronic mail, calendar invitations, attachments, and any associated text-message or chat communications on any non-eop.gov or non-cfpb.gov platform used to discuss CFPB business) between any CFPB personnel and any individual using an electronic-mail address ending in "@who.eop.gov," "@omb.eop.gov," "@ovp.eop.gov," "@nsc.eop.gov," "@ceq.eop.gov," or any other Executive Office of the President domain ending in ".eop.gov," insofar as such communications refer or relate to any of: SoLo Funds, Navy Federal Credit Union, Capital One, Walmart, Zelle (and Early Warning Services), Rocket Homes (and Rocket Companies), Heights Finance, Townstone Financial, Reliant Holdings (and Horizon Card Services), or CashCall.

**Category 3 — Communications Involving Victoria Dorfman and Identified Third-Party Organizations.**

All communications between Victoria Dorfman (in any role at CFPB, including but not limited to as Enforcement Counsel, Senior Counsel, Assistant Litigation Deputy, or any successor or analogous title), at her cfpb.gov address (including victoria.dorfman@cfpb.gov), and any individual representing, employed by, affiliated with, or acting as agent for the National Immigrant Justice Center, the Border Project, the Heartland Alliance, or any successor, affiliate, fiscal sponsor, or agent of any of the foregoing, including any law-firm pro bono coordinator with respect to representations undertaken by Ms. Dorfman before her CFPB tenure.

**Category 4 — Communications Involving Victoria Dorfman and the Executive Office of the President.**

All e-mail correspondence between Victoria Dorfman (including victoria.dorfman@cfpb.gov and any other cfpb.gov address assigned to her) and any address ending in "@who.eop.gov," including but not limited to all communications between victoria.dorfman@cfpb.gov and stephen.j.kenny@who.eop.gov, that contain or reference any of the following terms or phrases (case-insensitive, including substring matches): "interview," "Southern District of New York," "SDNY," "nomination," "nominee," "Article III," "district court," "federal bench," "Clarence Thomas," "Justice Thomas," "clerkship," "OLC," "PPO," "Office of Presidential Personnel," or "White House Counsel."

**Category 5 — Communications With and Concerning the Identified Defendants/Respondents.**

All records reflecting or referring to communications between CFPB personnel, on the one hand, and any representative (including without limitation officers, directors, in-house counsel, outside counsel, lobbyists, consultants, public-affairs representatives, and other authorized agents), on the other hand, of: SoLo Funds, Navy Federal Credit Union, Capital One, Walmart, Zelle (and Early Warning Services), Rocket Homes (and Rocket Companies), Heights Finance, Townstone Financial, Reliant Holdings (and Horizon Card Services), or CashCall; and all communications internal to CFPB referring to such communications or to any of those entities.

Without limiting the foregoing, this category specifically includes all communications between any CFPB political appointee (including without limitation the Acting Director, the Chief Legal Officer, the General Counsel, the Deputy Director, any Senior Advisor or Counselor to the Acting Director, any Schedule C appointee, and any other non-career official) and the Chief Executive Officer or principal of each of the foregoing entities, including but not limited to: Travis Holoway (SoLo Funds); Mary McDuffie (Navy Federal Credit Union); Richard Fairbank (Capital One); Doug McMillon (Walmart); Cameron Fowler or Paul Finch (Zelle/Early Warning Services); Doug Seibert (Rocket Homes/Rocket Companies); Stan Butler (Heights Finance); Barry Sturner (Townstone Financial); Scott Vanderburg (Reliant Holdings); and J. Paul Reddam (CashCall).

Communications *within* CFPB that reference, summarize, forward, or discuss any such communications are also responsive.

**Category 6 — Records Concerning Christina Coll's Internal Communications.**

All e-mail correspondence from Christina Coll, who has been on the litigation team in the CashCall matter (mentioned *infra*) since 2015, (in any role at CFPB, including but not limited to as Enforcement Counsel, Assistant Litigation Deputy, Attorney, or any successor or analogous title), (including Christina.Coll@cfpb.gov and any other cfpb.gov address assigned to her) regarding (i) any CFPB enforcement action, including but not limited to actions captioned (or otherwise involving) the following defendants or respondents: SoLo Funds, Inc.; Navy Federal Credit Union; Capital One Financial Corporation (including Capital One, N.A. and any affiliate or subsidiary); Walmart, Inc. (and any affiliate or subsidiary); Early Warning Services, LLC and any other Zelle-related entity; Rocket Homes Real Estate LLC (and any Rocket Companies, Inc. affiliate); Heights Finance Corporation; Townstone Financial, Inc.; Reliant Holdings, Inc. (and Horizon Card Services); and CashCall, Inc. (including *Consumer Financial Protection Bureau v. CashCall, Inc., et al.*, No. 2:15-cv-07522 (C.D. Cal.)) the present case (Case No. 2:15-cv-07522-JFW), and including (ii) any correspondence that mentions Russell Vought or Mark R. Paoletta.

## II.    TIME PERIOD

The Bureau is requested to search for and produce all responsive records created, sent, received, modified, or maintained during the following period:  January 20, 2025 through the date the Bureau commences its search (inclusive).

Where a responsive record was first created before or during the relevant period but circulated, modified, or attached to communications during that period, the record is responsive in the form in which it was circulated, modified, or attached during the period.