# EXHIBIT B

## I.    RECORDS REQUESTED

OMB is requested to produce all records, in any format (including electronic mail; calendar entries; chat communications on Microsoft Teams, Signal, Slack, or any other system used to conduct OMB business; word-processing drafts; PDFs; memoranda; talking points; meeting minutes; phone logs; text messages on OMB-issued or OMB-reimbursed devices; and any associated attachments and metadata), in the following categories:

**Category 1 — OMB Records Concerning CFPB Rule 60(b) Deliberations.**

All records reflecting, referring to, or discussing the application, non-application, contemplated application, declination to apply, or perceived legal or political risk of relief under Federal Rule of Civil Procedure 60(b) (including subsections (b)(5) and (b)(6)) in any CFPB enforcement action, including actions involving: SoLo Funds; Navy Federal Credit Union; Capital One Financial Corporation (including Capital One, N.A. and any affiliate); Walmart, Inc.; Early Warning Services, LLC and any other Zelle-related entity; Rocket Homes Real Estate LLC (and any Rocket Companies, Inc. affiliate); Heights Finance Corporation; Townstone Financial, Inc.; Reliant Holdings, Inc. (and Horizon Card Services); and CashCall, Inc.

This category includes, without limitation: any OMB records reflecting communications with the CFPB on those matters; any OMB internal analyses or memoranda concerning CFPB Rule 60(b) strategy; any records created or received by the OMB Director, Deputy Director, General Counsel, Associate Director for Legislative Affairs, Office of the General Counsel attorneys, or any Senior Advisor or Counselor to the Director concerning such matters; and any briefing materials prepared for OMB principals concerning CFPB enforcement disposition. To the extent any such records were created or received by Director Vought (or his predecessor) in his concurrent capacity as Acting CFPB Director *but* are also maintained within OMB's files, in OMB e-mail accounts, in OMB document systems, or on OMB-issued devices, such records are responsive.

**Category 2 — Communications Between OMB Personnel and the Executive Office of the President.**

All communications (including all electronic mail, calendar invitations, attachments, and any associated text-message or chat communications) between any OMB personnel and any individual using an electronic-mail address ending in "@who.eop.gov," "@ovp.eop.gov," "@nsc.eop.gov," "@ceq.eop.gov," or any other Executive Office of the President domain ending in ".eop.gov" (other than @omb.eop.gov), insofar as such communications refer or relate to any of: SoLo Funds, Navy Federal Credit Union, Capital One, Walmart, Zelle (and Early Warning Services), Rocket Homes (and Rocket Companies), Heights Finance, Townstone Financial, Reliant Holdings (and Horizon Card Services), or CashCall.

**Category 3 — Communications Involving Victoria Dorfman and Identified Third-Party Organizations.**

All communications between Victoria Dorfman (in any role at OMB, in any prior or concurrent role, and at any e-mail address assigned to her at OMB) and any individual representing, employed by, affiliated with, or acting as agent for the National Immigrant Justice Center, the Border Project, the Heartland Alliance, or any successor, affiliate, fiscal sponsor, or agent of any of the foregoing. To the extent OMB possesses any copy of communications between Ms. Dorfman in her CFPB capacity and any such third-party organization, such records are also responsive.

**Category 4 — Communications Involving Victoria Dorfman and the Executive Office of the President.**

All e-mail correspondence between Victoria Dorfman (at any e-mail address assigned to her at OMB or any predecessor or concurrent agency address, including but not limited to victoria.dorfman@cfpb.gov to the extent OMB possesses copies) and any address ending in "@who.eop.gov," including but not limited to all communications between Ms. Dorfman and stephen.j.kenny@who.eop.gov, that contain or reference any of the following terms (case-insensitive, including substring matches): "interview," "Southern District of New York," "SDNY," "nomination," "nominee," "Article III," "district court," "federal bench," "Clarence Thomas," "Justice Thomas," "clerkship," "OLC," "PPO," "Office of Presidential Personnel," or "White House Counsel."

**Category 5 — Communications With and Concerning the Identified Defendants/Respondents.**

All records reflecting or referring to communications between OMB personnel, on the one hand, and any representative (including officers, directors, in-house counsel, outside counsel, lobbyists, consultants, public-affairs representatives, and other authorized agents), on the other hand, of: SoLo Funds, Navy Federal Credit Union, Capital One, Walmart, Zelle (and Early Warning Services), Rocket Homes (and Rocket Companies), Heights Finance, Townstone Financial, Reliant Holdings (and Horizon Card Services), or CashCall; and all communications internal to OMB referring to such communications or to any of those entities.

This category specifically includes, without limitation, all communications between any OMB political appointee (including the Director, Deputy Director, Senior Advisors, Counselors to the Director, Schedule C appointees, and any other non-career official) and the Chief Executive Officer or principal of each of the foregoing entities, including: Travis Holoway (SoLo Funds); Mary McDuffie (Navy Federal Credit Union); Richard Fairbank (Capital One); Doug McMillon (Walmart); Cameron Fowler or Paul Finch (Zelle/Early Warning Services); Doug Seibert (Rocket Homes/Rocket Companies); Stan Butler (Heights Finance); Barry Sturner (Townstone Financial); Scott Vanderburg (Reliant Holdings); and J. Paul Reddam (CashCall). Communications internal

to OMB that reference, summarize, forward, or discuss any such communications are also responsive.

## II.    TIME PERIOD

OMB is requested to search for and produce all responsive records created, sent, received, modified, or maintained during the following period:  January 20, 2025 through the date OMB commences its search (inclusive).

Where a responsive record was first created before or during the relevant period but circulated, modified, or attached to communications during that period, the record is responsive in the form in which it was circulated, modified, or attached during the period.