# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

CONSUMER FINANCIAL
PROTECTION BUREAU,

    Plaintiff,

v.

CASHCALL, INC.; WS FUNDING, LLC;
DELBERT SERVICES CORPORATION;
and J. PAUL REDDAM,

    Defendants.

Case No. 2:15-cv-07522-JFW (RAOx)

**[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION FOR POST-
JUDGMENT DISCOVERY IN AID OF
RULE 60(b) MOTION FOR RELIEF
FROM JUDGMENT**

The Court, having considered Defendants' Motion for Post-Judgment Discovery in Aid of Rule 60(b) Motion for Relief from Judgment ("the Motion"), and all papers filed in connection with this Motion, and for good cause having been shown, hereby **GRANTS** the motion as follows:

1.    Defendants' Motion for Post-Judgment Discovery in Aid of Rule 60(b) Motion for Relief from Judgment is **GRANTED**.

2.    The Consumer Financial Protection Bureau ("CFPB") shall produce all records responsive to the discovery requests set forth in the CFPB discovery requests attached as Exhibit A to the Cahn Declaration, within **thirty (30)** days of the Court's order.

3.    The Office of Management and Budget shall produce all records responsive to the discovery requests set forth in the OMB discovery requests attached as Exhibit B to the Cahn Declaration, within **thirty (30)** days of the Court's order.

4.    Any claim of privilege in response to Defendants' discovery requests shall be asserted on a document-by-document basis and an accompanying privilege log shall be provided describing each withheld document with sufficient specificity to permit Defendants to assess the privilege claim.

5.    A status conference to address disputes concerning the scope of production, privilege assertions, or the adequacy of the agencies' responses is hereby scheduled for _____, 2026.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

1