CHRISTINA S. COLL (CA Bar #250712)
christina.coll@cfpb.gov
JOSEPH LAKE (CA Bar #246679)
joseph.lake@cfpb.gov
CONSUMER FINANCIAL PROTECTION BUREAU
445 12th Street, SW
Washington, DC 20024-2101
Telephone: (202) 309-9704
Facsimile: (202) 435-5468

Attorneys for Plaintiff
Consumer Financial Protection Bureau

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br>Plaintiff,<br>v.<br>CASHCALL, INC., WS FUNDING, LLC, DELBERT SERVICES CORPORATION, and J. PAUL REDDAM,<br>Defendants. | CASE NO.: 2:15-cv-07522-JFW (RAOx)<br><br>**DECLARATION OF LEAD TRIAL COUNSEL CHRISTINA S. COLL RE: COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING** |

I, Christina S. Coll, declare:

1. I am lead trial counsel for the Consumer Financial Protection Bureau (CFPB), the plaintiff in this matter. I am admitted to practice in California and am a member of the bar of this Court. I am competent to make this declaration and have personal knowledge of the following facts.

2. I have taken over as plaintiff's lead trial counsel from former lead trial counsel Owen P. Martikan, who no longer works at the CFPB. I am filing his Notice of Withdrawal as Exhibit A attached to this declaration.
3. I am a registered ECF user, and my email address of record is christina.coll@cfpb.gov.
4. I consent to service and receipt of filed documents by electronic means.
5. I am filing a Notice of Withdrawal for Barry Reiferson as Exhibit B attached to this declaration. Mr. Reiferson no longer works at the CFPB.
6. I am filing a Notice of Withdrawal for Kevin Friedl as Exhibit C attached to this declaration. Mr. Friedl no longer works at the CFPB.
7. Joseph Lake and I will continue to represent the CFPB in this matter.

Signed and sworn under penalty of perjury on August 18, 2026, in Berkeley, California.

*/s/ Christina S. Coll*
Christina S. Coll (CA Bar #250712)
Consumer Financial Protection Bureau
445 12th Street, SW
Washington, DC 20024-2101
Telephone: (202) 309-9704
Facsimile: (202) 435-5468

Attorney for Plaintiff
Consumer Financial Protection Bureau