*WHEN RECORDED MAIL TO:*

Consumer Financial Protection Bureau
Attn: Christina Coll
Enforcement Division
445 12th Street, SW
Washington, DC 20024-2101

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br>PLAINTIFF(S),<br>v.<br>CASHCALL, INC., WS FUNDING, LLC, DELBERT SERVICES CORP., AND J. PAUL REDDAM<br>DEFENDANT(S). | CASE NUMBER:<br>CV 2:15-cv-07522-JFW (RAOx)<br>**ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on February 21, 2023
in favor of Consumer Financial Protection Bureau
whose address is 445 12th Street, SW, Washington, DC 20024-2101
and against J. Paul Reddam
whose last known address is 16911 S Pacific Avenue, Sunset Beach, CA 90742-2067
for $ 157,050,978 Principal, $ by 28 U.S.C. § 1961 Interest, $ 0 Costs,
and $ 0 Attorney Fees.

ATTESTED this 2nd day of November, 2026
Judgment debtor's driver's license no. and state; CA 1122 (last 4 digits) ☐ Unknown.
Judgment debtor's Social Security number; X0034 (last 4 digits) ☐ Unknown.
☐ No stay of enforcement ordered by Court
☑ Stay of enforcement ordered by Court, stay date ends May 1, 2026

Judgment debtor's attorney's name and address and/or address at which summons was served:

Reuben Camper Cahn
903 Calle Amanecer, Suite 350
San Clemente, California 92673

CLERK, U.S. DISTRICT COURT

By ______________________
Deputy Clerk
**SHANICE HAWTHORNE**

1256

***NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.***